# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:03CR00114-002 |
| v. ) | **FINAL ORDER** |
| **LARRY BLACKBURN,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is **ORDERED** that the United States' Motion to Dismiss, ECF No. 170, is GRANTED and the Defendant's Motion under 28 U.S.C. § 2255, ECF No. 162, is DISMISSED.

It is further **ORDERED** that a certificate of appealability is DENIED.

ENTER: June 20, 2017

/s/ James P. Jones
United States District Judge